IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES PRUITT, JR.
ADC #091574                                                                PLAINTIFF

v.                         No. 3:24-cv-186-DPM

SANDRA LAKE, APN/Provider,
Wellpath, North Central Unit;
MARJORIE PARROTT HALL,
LPN/Health Services Administrator,
Wellpath, North Central Unit; and
AUNDREA CULCLAGER, Director of
Health Services, ADC Central Office                          DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. On 16 January 2025, Hall and Lake filed a suggestion of bankruptcy and notice of stay. *Doc. 20*. The amended interim stay order automatically stays this action against Hall and Lake—for now. *Doc. 20-2; see also In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tex.). And the Court has discretion to stay Pruitt's related claims against Culclager. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006).

This case is therefore stayed *nunc pro tunc* 16 January 2025 and is administratively terminated. Hall and Lake must keep the Court informed about the status of the Wellpath bankruptcy proceedings.

-2-

Status report due 16 March 2025 and every two months thereafter. Status report due immediately when the stay is lifted or extended as to Hall or Lake.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 February 2025

Case 3:24-cv-00186-DPM   Document 22   Filed 02/07/25   Page 2 of 2