IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES PRUITT, JR.
ADC #091574                                                                PLAINTIFF

v.                    No. 3:24-cv-186-DPM

SANDRA LAKE, APN/Provider,
Wellpath, North Central Unit;
MARJORIE PARROTT HALL,
LPN/Health Services Administrator,
Wellpath, North Central Unit; and
AUNDREA CULCLAGER, Director of
Health Services, ADC Central Office                                        DEFENDANTS

ORDER

Motion, *Doc. 24*, granted. The Court directs the Clerk to send Pruitt a copy of *Doc. 10*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2025