# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES PRUITT, JR.**
**ADC #091574**                                                                  **PLAINTIFF**

v.                       No. 3:24-cv-186-DPM

**SANDRA LAKE, APN/Provider,**
**Wellpath, North Central Unit;**
**MARJORIE PARROTT HALL,**
**LPN/Health Services Administrator,**
**Wellpath, North Central Unit; and**
**AUNDREA CULCLAGER, Director of**
**Health Services, ADC Central Office**                       **DEFENDANTS**

## ORDER

Status report, *Doc. 29*, appreciated.  Case reopened and stay lifted.

The Court refers this case back to Magistrate Judge Ervin.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 May 2025