IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES PRUITT, JR.
ADC #091574                                                           PLAINTIFF

v.                      No. 3:24-cv-186-DPM-ERE

SANDRA LAKE, APN/Provider,
Wellpath, North Central Unit;
MARJORIE PARROTT HALL,
LPN/Health Services Administrator,
Wellpath, North Central Unit; and
AUNDREA CULCLAGER, Director of
Health Services, ADC Central Office                                  DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 18*, as supplemented and overrules Pruitt's objections, *Doc. 21*. Fed. R. Civ. P. 72(b)(3). The supplement: Director Culclager's job as director of health services necessarily means she was, to some extent, involved in care-related decisions when she was reviewing Pruitt's grievances. It is not the usual situation of an upper-level administrator whose grievance-related involvement is not enough to create possible personal liability. But, Pruitt's claims sound more in negligence — a dispute about proper treatment — rather than deliberate indifference. Director Culclager addressed his health conditions, albeit in a way he believes fell short.

Director Culclager's motion to dismiss, *Doc. 12*, is therefore granted. Pruitt's claims against her are dismissed without prejudice. The Court instructs the Clerk to terminate Director Culclager as a party in this action.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 June 2025