# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES PRUITT, JR.**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #091574**

V.　　　　　　　　NO. 3:24-cv-186-DPM-ERE

**SANDRA LAKE,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## SCHEDULING ORDER

If Defendants Sandra Lake and Majorie Parrott Hall, intend to pursue a defense, pursuant to the Prison Litigation Reform Act,[1] that Plaintiff failed to exhaust his administrative remedies before filing this lawsuit, they must raise the issue in a motion for summary judgment filed no later than **October 3, 2025**.[2]

All merits-related discovery is stayed until the Court resolves any exhaustion issues.

So Ordered 27 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* 42 U.S.C. § 1997e(a).
[2] If Defendants do not intend to pursue an exhaustion defense, they should promptly file a notice so stating.