IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES PRUITT, JR.
ADC #091574                                                          PLAINTIFF

v.                       No. 3:24-cv-186-DPM-ERE

SANDRA LAKE, APN/Provider,
Wellpath, North Central Unit; and
MARJORIE PARROTT HALL,
LPN/Health Services Administrator,
Wellpath, North Central Unit                                        DEFENDANTS

ORDER

Pruitt has asked the Court to vacate its 26 June 2025 Order, *Doc. 33*, adopting Magistrate Judge Ervin's recommendation to dismiss his claims against Culclager without prejudice. He also seeks leave to amend his complaint. *Doc. 35*. The defendants have not responded.

The Court construes his request to vacate as a motion for relief under Federal Rule of Civil Procedure 60(b). *Broadway v. Norris*, 193 F.3d 987, 989 (8th Cir. 1999). That request is denied. Pruitt points to no legal or factual errors, or any other exceptional circumstances, that warrant reconsideration. *Nelson v. American Home Assurance Co.*, 702 F.3d 1038, 1043 (8th Cir. 2012).

-2-

\*   \*   \*

Motion, *Doc. 35*, denied as specified. That motion will otherwise remain pending until Magistrate Judge Ervin has addressed Pruitt's request to amend.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 August 2025