

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (SHERMAN DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAVEEN SADE STRAWTHER, | § | Case No. 25-43208-BTR |
| SSN / ITIN: xxx-xx-8727 | § | |
| 2512 Wayne Ave. | § | |
| Aubrey, TX 76227 | § | |
| | § | |
| Debtor. | § | Chapter 7 |

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY FILED BY MEHER JANYAVULA

On December 5, 2025, the *Motion for Relief from the Automatic Stay to Allow Landlord to Terminate Lease and Regain Possession of the Leased Premises Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion") was filed by Meher Janyavula (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the *Motion for Relief from the Automatic Stay to Allow Landlord to Terminate Lease and Regain Possession of the Leased Premises Pursuant to Section 362(d) of the Bankruptcy Code* filed by Meher Janyavula on December 5, 2025, is hereby **GRANTED** so as to authorize the Movant to take all actions necessary, in accordance with applicable non-bankruptcy law, to secure and regain possession of the Leased Premises following surrender, and to mitigate damages, without further order of this Court. Furthermore, the automatic stay under section 362 of the Bankruptcy Code is modified as necessary to implement this relief, including permitting the Landlord to accept surrender and obtain possession of the Leased Premises.

**IT IS FURTHER ORDERED** *that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.*

DATE:                                                           Signed on 12/23/2025

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

1

THU-85804 0540-4 pdf400 25-43208
Raveen Sade Strawther
2512 Wayne Ave
Aubrey, TX 76227



015768  15768 1 MB 0.667  72401  9 3  10623-1-15768

U.S. District Court Clerks Office (Jonesboro Divi
615 S. Main Street, Rm. 312
Jonesboro, AR 72401-2861

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
https://bankruptcynotices.uscourts.gov

015768    8580401578301 0