# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES PRUITT, JR.**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #091574**

V.　　　　　　　　NO. 3:24-cv-186-DPM-ERE

**SANDRA LAKE,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

*Pro se* plaintiff Charles Pruitt, Jr. has filed a motion requesting information on how to proceed in this lawsuit. *Doc. 58*. Discovery in this matter is now closed, because the deadline was January 13, 2026. *Doc. 40*. Dispositive motions are now due by February 13, 2026. *Id*.

Mr. Pruitt asks whether he should send corroborating documentation.[1] He may send documents or other evidence to the Court supporting his claims only if attached to a motion for summary judgment or in response to a motion for summary judgment filed by Defendants. *See* FED. R. CIV. P. 56 (summary judgment).

---

[1] Typically, corroborating documentation is attached to an affidavit (or declaration) explaining what the documentation is and how it allegedly supports the party's claim. The affidavit must be either: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746. Additionally, the affidavit must be based upon the personal knowledge of the person executing the affidavit. The Court may not consider an affidavit unless it meets these requirements.

If Mr. Pruitt's claims survive summary judgment, the case will be set for trial. If the case is set for trial, counsel will likely be appointed to assist Mr. Pruitt in presenting his case.

IT IS THEREFORE ORDERED THAT:

1. Mr. Pruitt's motion (*Doc. 58*) is GRANTED.

2. The Clerk is instructed to provide Mr. Pruitt a copy of the docket sheet for this lawsuit, along with a copy of this Order.

SO ORDERED 4 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE