IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES PRUITT, JR.
ADC #091574                                                    PLAINTIFF

v.                          No. 3:24-cv-186-DPM

SANDRA LAKE, APN/Provider,
Wellpath, North Central Unit;  and
MARJORIE PARROTT HALL,
LPN/Health Services Administrator,
Wellpath, North Central Unit                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 75*, and overrules Pruitt's objections, *Doc. 77*. Fed. R. Civ. P. 72(b)(3). Pruitt says that the recommendation doesn't address his claims for cruel and unusual punishment, retaliation, and for constitutionally inadequate dental care. His cruel and unusual punishment claim, though, is the medical deliberate indifference claim. *Farmer v. Brennan*, 511 U.S. 825, 832 (1994). As for retaliation and dental care, the Court has reviewed Pruitt's complaint, *Doc. 2*, and Judge Ervin's screening Order, *Doc. 5*. Pruitt didn't bring claims related to dental care or retaliation. His conclusory statement that Wellpath didn't provide alternative treatment "as if in retaliation for filing grievances", *Doc. 2 at 9*, isn't enough to state a claim. Pruitt can't amend

his complaint in his response to a motion for summary judgment or in his objections.

Pruitt's motion for summary judgment, *Doc. 64*, is denied. Nurse Lake's and Nurse Hall's motion for summary judgment, *Doc. 66*, is granted. Pruitt's claims against them will be dismissed with prejudice. Pruitt's motion for information, *Doc. 76*, is granted. This Court's Local Rules are found online at https://www.are.uscourts.gov/court-info/local-rules-and-orders.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_13 May 2026_