# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARLES PRUITT, JR.**
**ADC #091574**                                                    **PLAINTIFF**

v.                                    No. 3:24-cv-186-DPM

**SANDRA LAKE, APN/Provider,**
**Wellpath, North Central Unit;**
**MARJORIE PARROTT HALL,**
**LPN/Health Services Administrator,**
**Wellpath, North Central Unit;  and**
**AUNDREA CULCLAGER, Director of**
**Health Services, ADC Central Office**            **DEFENDANTS**

## JUDGMENT

Pruitt's claims against Director Culclager are dismissed without prejudice.  His claims against Nurse Lake and Nurse Hall are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026